UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES THURMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CV-122-TAV-JEM ) |
| CAMERON CORDELL, et al., | ) ) |
| Defendants. | ) ) |

# **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on May 1, 2023 [Doc. 4]. In the R&R, Judge McCook recommends that plaintiff be barred from proceeding *in forma pauperis* under the "three strikes" provision set forth in the Prison Litigation Reform Act under 28 U.S.C. § 1915(g). Further, should the Court accept this recommendation, Judge McCook recommends that plaintiff's application to proceed *in forma pauperis* [Doc. 1] be denied; and if he wishes to continue with this action, Judge McCook recommends that he be afforded twenty-one (21) days to pay the filing fee and advised that failure to do so will result in dismissal of his case without prejudice.

There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge McCook's recommendations and **ACCEPTS** and **ADOPTS** the R&R [Doc. 4] in whole.

Accordingly, it is hereby **ORDERED** that plaintiff is barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g); that plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED**; and that plaintiff is afforded twenty-one (21) days to pay the filing fee in this matter. Plaintiff is **ON NOTICE** that failure to comply with this Order, specifically paying the filing fee no later than twenty-one (21) days from entry of this Order, may result in dismissal of his case without prejudice.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE